AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gregory, Roger L | US Court of Appeals - 4th Cir. | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 East Main Street <br> Suite 212 <br> Richmond, VA 23219-3517 | <br><br> Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Dirctors | Christian Children's Fund |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

2007 MAY 16 A 11: 04 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/2006 | Philip Morris, Incorporated |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Shaw University | January 13-14, Raleigh, NC Keynote Speaker (travel) |
| 2. | Morning Star Baptist Church | January 14-15, Martinsville, VA Keynote Address (travel, lodging and meals) |
| 3. | VA National Guard | February 16, Blackstone, VA Keynote Address (travel) |
| 4. | George Washington University School of Law | April 7-8, Washington, DC, Judge Moot Trial Court - (travel, lodging and meal) |
| 5. | The Ted Dalton American Inn of Court | April 10, Roanoke, VA Keynote Speaker (travel, lodging and meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/10/2007 |

6.  Delta Beta Boule'  —  April 26-27, Greenville, SC Keynote Speaker (travel, lodging and meals)

7.  Christian Children's Fund  —  May 11-17, Tokyo, Japan, Keynote Speaker, (travel, lodging and meals)

8.  Baptist General Convention  —  June 28, Norfolk, VA, Keynote Speaker, (travel, lodging and meals)

9.  National Bar Association  —  August 5-8, Detroit, MI, Panel Speaker at Annual Meeting, (travel, lodging and meals)

10.  Just the Beginning Foundation  —  September 21-24, Cincinnati, OH, Annual Meeting - (travel, lodging and meal)

11.  I'Anson-Hoffman Inns of Court XXVII  —  October 11, Williamsburg, VA, Keynote Speaker, (travel)

12.  Christian Children's Fund  —  December 6-11, Ecuador, Board Activities, (travel, lodging and meals)

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiCard Mastercard | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2.  Prudential Insurance Annuity | C | Dividend | K | T | | | | | |
| 3.  Philip Morris Profit Sharing Plan (401K) | E | Dividend | N | T | | | | | See Explanation |
| 4.  ManuLife Financial Common Stock | B | Dividend | L | T | | | | | |
| 5.  World Airways Common Stock | | None | | | Sell | 8/3 | J | A | |
| 6.  New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 7.  IDS Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | See Explanation |
| 8.  Consolidated Bank & Trust | A | Interest | J | T | | | | | |
| 9.  John Hancock Life Ins. (term/whole life ins. policy) | | None | K | T | | | | | |
| 10. New York Life Insurance (term/whole life ins. policy) | | None | J | T | | | | | |
| 11. Intel Corp. Common Stock | | None | J | T | Buy | 8/3 | J | | |
| 12. Call Federal Credit Union | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

Item #3 - In previous years Altria Group Inc., Common Stock was listed separately, but this stock is included in the Philip Morris Profit Sharing Plan that is a 401K plan directed by the employer. The Philip Morris Profit Sharing Plan asset has been disclosed every year. The Altria stock is not being reported separately because it is owned and traded through the 401K plan based upon a predetermined percentage of contributions being allocated to Altria stock purchase and various investment funds. This 401K Deferred Profit Sharing Plan is operated by the employer's benefits center administrator.

Item #8 - "American Express IRA - Fixed" was previously provided as the description of asset, but the name should have been listed as "American Enterprise Life Insurance Company IRA - Fixed." I apologize for this mistake. However, effective December 31, 2006, American Enterprise Life Insurance Company merged into IDS Life Insurance Company. Because IDS Life Insurance Company is the surviving company, it is now listed. This asset remains an "IRA Fixed Rate Annuity."

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                        Date  5/10/07

NOTE                                    ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544